**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7186

LANA R. THOMAS,

                    Plaintiff – Appellant,

          v.

ROCKBRIDGE REGIONAL JAIL,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, Senior District Judge.  (6:14-cv-00026-NKM)

Submitted:  December 16, 2014      Decided:  December 18, 2014

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Lana R. Thomas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lana R. Thomas appeals the district court's order dismissing her filings, construed broadly as a civil rights complaint, under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Thomas v. Rockbridge Reg'l Jail, No. 6:14-cv-00026-NKM (W.D. Va. July 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED